

**Anthony D. Boccanfuso**
+1 212.836.7494 Direct
Anthony.Boccanfuso@apks.com

August 14, 2017

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:   *Starke v. SquareTrade, Inc.*
               Docket No. 16-CV-7036 (NGG) (CLP)

Dear Judge Garaufis:

      We represent Defendant SquareTrade, Inc. ("SquareTrade").  We write pursuant to the Court's Individual Rule III(A)(2) to request a Pre-Motion Conference in this matter.  SquareTrade intends to file a motion for a stay of proceedings in this Court pending its appeal to the Second Circuit Court of Appeals of the Court's order denying SquareTrade's Motion to Compel Arbitration and For Stay.

      Per the Court's Order entered on January 23, 2017, Defendant's deadline for responding to the Complaint in this action is August 17, 2017, 14 days from entry of the Court's order denying Defendant's Motion to Compel Arbitration and For Stay.  We have requested Plaintiff's consent to extend this deadline to 14 days after the Court rules on SquareTrade's motion for stay pending appeal.  Plaintiff has refused to so consent.  Plaintiff has consented to an extension of SquareTrade's deadline to respond to the Complaint to August 31, 2017.  Neither requested extension will impact any other deadlines in this case.  In January 2017, before Defendant had filed the Motion to Compel Arbitration and For Stay, Defendant requested, and Plaintiff consented to, a 20-day extension of the deadline for responding to the Complaint.

# ARNOLD & PORTER
# KAYE SCHOLER

Honorable Nicholas G. Garaufis
August 14, 2017
Page 2

      We have enclosed two alternative proposed Orders for Your Honor's consideration. The first extends the deadline for SquareTrade to respond to the Complaint to 14 days after the Court rules on SquareTrade's motion for stay pending appeal. In the event the Court declines to enter that proposed Order, then we have also submitted with this letter, a Stipulation and Order extending the deadline for SquareTrade to file its response to the Complaint to August 31, 2017.

      We appreciate the Court's consideration.

                                         Respectfully Submitted,

                                         /s/ Anthony D. Boccanfuso

                                         Anthony D. Boccanfuso

cc:      All Counsel of Record (via ECF)