UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM J. STARKE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARETRADE, INC.,<br><br>Defendant. | No: 16-cv-7036 (NGG)(SJB) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Adam Starke ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice to the claims of any member of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 18, 2021

**WOLF POPPER LLP**

By: /s/ *Matthew Insley-Pruitt*
   Chet B. Waldman
   Matthew Insley-Pruitt
   Adam J. Blander
   845 Third Avenue, 12th Floor
   New York, New York 10022
   Tel: (212) 759-4600

Solomon N. Klein
Bradley J. Nash
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, New York 10004
Tel: (212) 344-5400

Mark Schlachet
**LAW OFFICES OF MARK SCHLACHET**
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216) 225-7559

*Attorneys for Plaintiff Adam Starke*